

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00364-CV

$1,744.00 CURRENT MONEY OF                                    APPELLANTS
THE UNITED STATES AND ONE
(1) 2009 GREEN DODGE
CHARGER

V.

THE STATE OF TEXAS                                                APPELLEE

------------

FROM THE 367TH DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 16-06835-367

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On January 23, 2017, we notified appellant that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within

---

[1]*See* Tex. R. App. P. 47.4.

ten days a response showing grounds for continuing the appeal. *See* Tex. R. App. P. 42.3. We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).

PER CURIAM

PANEL: PITTMAN, J.; LIVINGSTON, C.J.; and WALKER, J.

DELIVERED: March 23, 2017